**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-25344-BLOOM**

BYRON DAVID RODRIGUEZ LUNA,

Petitioner,

v.

GARRETT J. RIPA, Field Office Director of U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), Miami Field Office; DAVID VENTURELLA, Acting Director U.S. Immigration and Customs Enforcement, MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents.
_______________________________________/

**ORDER ON PETITIONER'S MOTION TO DISMISS**

**THIS CAUSE** is before the Court upon Petitioner's Motion to Dismiss, ECF No. [12] ("Motion"). Petitioner explains that during the pendency of this action, he requested pre-conclusion voluntary departure before the Miami Krome Immigration Court. ECF No. [11] ¶ 2. The immigration judge granted that motion on September 9, 2026. *Id.* ¶ 3. Petitioner requests that this matter be dismissed as moot and that the Court close this case. *Id.* ¶ 5.

Based on the representations in the Motion, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion, **ECF No. [12]**, is **GRANTED**.
2. The Court's August 11, 2026, Order is **AMENDED** to permit Petitioner to depart the

United States pursuant to the terms of the September 9, 2026 Order of Voluntary Departure.

3. Because Petitioner is voluntarily departing the United States, Petitioner's Petition for Writ of Habeas Corpus, **ECF No. [1]**, is **DENIED AS MOOT**.
4. The Clerk of Court is directed to **CLOSE** this case.
5. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 14, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record